NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
DAVID J. WARD (State Bar No. 239504)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | STIPULATED NOTICE OF RELATED CASE IN A CRIMINAL ACTION<br><br>Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHARP CORPORATION,<br><br>Defendant. | Case No. CR 08-0802 PJH |

The United States, under Crim. L. R. 8-1, files this Stipulated Notice of Related Case in a Criminal Action for In re TFT-LCD (Flat Panel) Antitrust Litigation, M 07-1827 (SI), and United States v. Sharp Corporation, CR 08-0802 (PJH). These civil and criminal antitrust cases concern one or more of the same defendants and allege similar events and occurrences. The United States and Defendant Sharp Corporation ("Sharp") jointly request relating this case to Judge Susan Illston.

In In re TFT-LCD (Flat Panel) Antitrust Litigation, civil plaintiffs allege that Sharp, along with

NOTICE OF RELATED CASE - PAGE 1
Case No. CR 08-0802 PJH

other thin-film transistor liquid crystal display panel ("TFT-LCD") producers, conspired to fix the prices of TFT-LCD panels. On July 10, 2007, Judge Susan Illston granted the United States' motion to intervene in the civil case for the purpose of staying discovery to avoid interference with the United States' related criminal investigation. Specifically, Judge Illston found that "'there is a question of law or fact in common' between this civil multi-district litigation and [the] pending criminal grand jury investigation." Order Granting United States' Motion to Intervene, Doc. 217 (1:16-18). On November 12, 2008, the United States filed an Information in <u>United States v. Sharp Corporation</u> charging Sharp with participating in conspiracies to fix the prices of TFT-LCD in violation of Section 1 of the Sherman Act (15 U.S.C. § 1). The charges in the Information arise out of similar facts alleged in the civil case.

The assignment of <u>United States v. Sharp Corporation</u> to Judge Susan Illston, to whom the civil antitrust case has been assigned, is therefore likely to conserve judicial resources and promote an efficient determination of the action.

DATED: November 14, 2008

Respectfully submitted,

BY: ___/s/ Mark Hellerer___
Mark Hellerer
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1787
Fax: (212) 858-1500

Counsel for Sharp Corporation

BY: ___/s/ David. J. Ward___
Niall E. Lynch
Michael L. Scott
David. J. Ward
Heather S. Tewksbury
Alexandra J. Shepard
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave.
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660
Fax: (415) 436-6687

NOTICE OF RELATED CASE - PAGE 2
Case No. CR 08-0802 PJH