1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8        NORTHERN DISTRICT OF CALIFORNIA
9        SAN FRANCISCO DIVISION
10
11  UNITED STATES OF AMERICA            )      No.  CR-08-0802 SI
                                        )
12              v.                      )
                                        )
13  SHARP CORPORATION,                  )
                                        )      [PROPOSED] ORDER
            Defendant.                  )
14                                      )
                                        )
15                                      )
                                        )
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order
[CR 08-0802 SI]

1  Upon consideration of the Unopposed Petition of the United States pursuant to 18 U.S.C.
2  § 3573 for Modification of Fine Imposed on Defendant in the above-captioned case, it is hereby
3  ORDERED that:

4      1.  Sharp Corporation's December 19, 2013 installment payment of $20 million shall
5          be deferred to December 19, 2015.
6      2.  Sharp Corporation's obligation to make an installment payment of $20 million by
7          December 19, 2014 remains unchanged.

10  Dated: 12/10/13

*Susan Illston* (signature)

SUSAN ILLSTON
SENIOR UNITED STATES DISTRICT JUDGE

[Proposed] Order
[CR 08-0802 SI]                                            2